Case 3:21-cr-00183-JCH    Document 522    Filed 06/25/24    Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America )
v. )
REINALDO COLON OLIVERAS )
) Case No: 3:21CR183-04 (JCH)
) USM No: 62113-018
Date of Original Judgment: 03/13/2023 )
Date of Previous Amended Judgment: _____ ) Allison Kahl
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __78 months*__ months **is reduced to** __70 months**__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*78 months imprisonment originally imposed of which 18 months to run concurrent to sentence imposed in <u>USA v Oliveras</u>, 15cr162 (JAF) (D.P.R.) and 60 months to run consecutive.

**70 months reduced sentence, of which 15 months to run concurrent to sentence imposed in <u>USA v Oliveras</u>, 15cr162 (JAF) (D.P.R.) and 55 months to run consecutive.

Except as otherwise provided, all provisions of the judgment dated __03/13/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/25/2024              /s/ Janet C. Hall
                                     *Judge's signature*

Effective Date: _____                Janet C. Hall, United States District Judge
*(if different from order date)*      *Printed name and title*